UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANGELA DREWITT | CIVIL ACTION NO: 23-CV-00850 |
| VERSUS | JUDGE DEE D. DRELL |
| BROOKSHIRE GROCERY COMPANY, *ET AL.* | MAGISTRATE JUDGE JOSEPH H. L. PEREZ-MONTES |
| | JURY TRIAL DEMANDED |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DIVERSITY JURISDICTION DISCLOSURE STATEMENT BY BROOKSHIRE GROCERY COMPANY

NOW INTO COURT COMES Defendant, Brookshire Grocery Company, through undersigned counsel, who, pursuant to the Notice of Diversity Jurisdiction Disclosure Statement Requirement (Doc. 3) and Federal Rule of Civil Procedure 7.1(a)(2), provides this Diversity Jurisdiction Disclosure Statement as follows:

Defendant, Brookshire Grocery Company, is a corporation organized under the laws of the State of Texas with its principal office located in Texas, and, therefore, is a citizen of Texas for the purposes of diversity jurisdiction.

WHEREFORE, Defendant, Brookshire Grocery Company, prays that its Diversity Jurisdiction Disclosure Statement be deemed good and sufficient.

Respectfully submitted,

**FAIRCLOTH MELTON SOBEL & BASH, LLC**

BY:   /s/ *Barbara Bell Melton*
      Barbara Bell Melton (T.A.)  (Bar Roll #27956)
      bmelton@fairclothlaw.com
      Reagan H. Moody            (Bar Roll #40460)
      rmoody@fairclothlaw.com
      105 Yorktown Drive
      Alexandria, LA 71303
      Telephone: (318) 619-7755
      Facsimile: (318) 619-7744

      Franklin "Drew" Hoffmann (Bar Roll #35824)
      dhoffmann@fairclothlaw.com
      Jordan S. Varnado            (Bar Roll #39457)
      jvarnado@fairclothlaw.com
      Emily R. Fruge                (Bar Roll #40367)
      efruge@fairclothlaw.com
      Telephone: (225) 343-9535

**ATTORNEYS FOR DEFENDANT,
BROOKSHIRE GROCERY COMPANY**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **June 26, 2023**, a copy of the foregoing *Diversity Disclosure Statement by Brookshire Grocery Company* was filed electronically with the Clerk of Court using the CM/ECF system, which will deliver notice of this filing to all counsel of record.

      */s/ Barbara Bell Melton*
      OF COUNSEL