UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ANGELA DREWITT** | Civil No.   **1:23-CV-00850** |
| Plaintiff | |
| VS. | Judge   Drell |
| **BROOKSHIRE GROCERY CO ET AL** | Magistrate Judge   Perez-Montes |
| Defendant | |

**PROPOSED AMENDED PLAN OF WORK**

On, the following individuals participated in a meeting ☒ by telephone/other electronic means, or ☐ in person during which this Plan of Work was formulated: (*List all parties and their counsel, if any, **including e-mail addresses for trial attorneys.***).

Mr. Howard E. Conday, Jr., counsel for plaintiff, Angela Drewitt, 328 St. Denis St., Natchitoches, LA 71457; howard@howardcondaylaw.com

Mr. M. Caldwell Roberts, Jr., counsel for Argel Building Services, 8750 Business Park Dr., Suite 200, Shreveport, LA 71105; colly@msrlaw.com

Mrs. Stacey Smith Melerine, counsel for Nationwide Building Services, Inc. and Brookshire Grocery Company, #1 Sanctuary Blvd., Suite 202, Mandeville, LA 70471; smelerin@travelers.com

**Part A**

Based on the information now reasonably available, the parties have agreed upon the following:

1.  8-7-2024     Deadline for completion of discovery
2.  8-7-2024     Final date for filing dispositive motions
3.  11-7-2023    Final date for adding parties
4.  11-7-2023    Final date for filing amended pleadings
5.  7-7-2024     Final date for Plaintiff to employ and disclose experts
6.  8-8-2024     Final date for Defendants to employ and disclose experts
7.  7-7-2024     Final date for exchanging reports of Plaintiff's experts
8.  8-8-2024     Final date for exchanging reports of Defendant's experts
9.  10-13-2024   Final date for taking depositions of experts
10. 10-8-2023    Date disclosures under Fed. R. Civ. P. 26(a) were made or will be made

*(Rev. 6/21/22)*

11. Considering the subjects addressed by Fed. R. Civ. P. 26(f), the parties propose the following changes, limitations, or other matters:  ☒  NONE; or.

**Part B**

The following areas of disagreement, issues, or problems have arisen regarding the information set forth in Section A and/or the participation of counsel/unrepresented parties in the Plan of Work process:  ☒  NONE; or.

|  |  |
|---|---|
| 05/09/2024 | */s/ Stacey Smith Melerine* |
| (Date) | (Signature) |
|  | Stacey Smith Melerine |
|  | (Printed Name) |
| 05/09/2024 | */s/Howard E. Conday, Jr.* |
| (Date) | (Signature) |
|  | Howard E. Conday, Jr. |
|  | (Printed Name) |
| 05/15/2024 | */s/ M. Caldwell Roberts, Jr.* |
| (Date) | (Signature) |
|  | M. Caldwell Roberts, Jr. |
|  | (Printed Name) |
|  |  |
| (Date) | (Signature) |
|  | (Printed Name) |

*(Rev. 6/21/22)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| Angela Drewitt | Civil No.   1:23-cv-00850 |
|---|---|
| Plaintiff | |
| VS. | Judge   Drell |
| Brookshire Grocery Co., et al | Magistrate Judge   Perez-Montes |
| Defendant | |

**O R D E R**

Considering the Proposed Plan of Work submitted herein,

IT IS ORDERED that the Plan of Work be and is hereby accepted and shall become the Scheduling Order in this case, subject to the following modifications:

_____

_____

It appearing to the Court that the provisions of the Plan of Work will be satisfied on _____, 20___,

IT IS FURTHER ORDERED that a pretrial conference be held, in Chambers, on **October 17, 2024 beginning at 1:30 p.m.**

IT IS FURTHER ORDERED that the Clerk of court send out the Civil Case Management Order No. 2 – Pretrial Proceedings.

IT IS FURTHER ORDERED that counsel are to review this Court's Standing Order – Possession and Use of Electronic Devices in the Courtroom found on our website at www.lawd.uscourts.gov on Judge Dee D. Drell's forms page.

THUS DONE in Chambers on this _____ day of _____, 2024.

_____
Joseph J.L. Perez-Montes
United States Magistrate Judge

*(Rev. 6/21/22)*